No. 24-1648

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

QUALITY CUSTOM DISTRIBUTION,
Petitioner-Appellant,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 710,
Respondent-Appellee.
_____

Appeal from the United States District Court
For the Northern District of Illinois, Eastern Division
Case No. 21-cv-01534
Honorable Nancy L. Maldonado Presiding
Subsequently reassigned Honorable Elaine E. Bucklo
_____

**SUPPLEMENTAL MEMORANDUM OF
PETITIONER-APPELLANT
QUALITY CUSTOM DISTRIBUTION**
_____

Matthew Schiff
RAINES FELDMAN LITTRELL LLP
30 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312-704-2171
mschiff@raineslaw.com

Gregory D. Wolflick
WOLFLICK, KHACHATURIAN &
BOUAYAD, APC
130 North Brand Boulevard, Suite 410
Glendale, CA 91203
818-243-8300
greg@wolfsim.com

*Attorneys for Petitioner-Appellant*
*Quality Custom Distribution*

Appellant Quality Custom Distribution submits this Supplemental Memorandum as ordered by the Court on February 10, 2025.

The Court's Order stated: "IT IS ORDERED that appellant Quality Custom Distribution shall file, within 14 days, a supplemental memorandum containing the full name of the plaintiff and its parent corporation, and addressing whether Quality Custom Distribution is a division rather than a juridical entity. If it is a division, appellant shall file a motion to substitute the correct plaintiff. In the alternative, appellant may file a motion to dismiss within 14 days."

Appellant Quality Custom Distribution states that it is a Delaware limited liability company whose full legal name is "Quality Custom Distribution Services LLC". Appellant was formerly a Delaware corporation named "Quality Custom Distribution Services Inc.", but converted to a limited liability company in December 2024.

Appellant's parent is a Delaware limited liability company whose full legal name is "Golden State Foods LLC". The parent corporation was formerly a Delaware corporation named "Golden State Foods Corp.", but converted to a limited liability company in December 2024.

This Supplemental Memorandum is supported by the Certificate of the Assistant Secretary of Golden State Enterprises, Inc., attached hereto and incorporated herewith.

Respectfully submitted,

/s/ Matthew Schiff

| | |
|---|---|
| Matthew Schiff | Gregory D. Wolflick |
| RAINES FELDMAN LITTRELL LLP | WOLFLICK, KHACHATURIAN & BOUAYAD, APC |
| 30 N. LaSalle Street, Suite 3100 | 130 North Brand Boulevard, Suite 410 |
| Chicago, IL 60602 | Glendale, California 91203 |
| Tel: 312-704-2171 | Tel:   818-243-8300 |
| mschiff@raineslaw.com | Email: greg@wolfsim.com |

## CERTIFICATE OF COMPLIANCE WITH
## F.R.A.P. 32(A)(7), F.R.A.P. 32(g), C.R. 32(c)

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B), as modified by Circuit Rule 32(c).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) as modified by Circuit Rule 32(b) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in a 12-point Century Schoolbook font (11-point footnotes).

Dated: February 24, 2025　　　　　　　　/s/ Matthew Schiff

*Attorney for Petitioner-Appellant*
*Quality Custom Distribution*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the NextGen CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the NextGen CM/ECF system.

/s/ Matthew Schiff

*Attorney for Petitioner-Appellant*
*Quality Custom Distribution*

# CERTIFICATE OF THE ASSISTANT SECRETARY
# OF GOLDEN STATE ENTERPRISES, INC.

I, Shirley Schaal, the undersigned, hereby certify that on March 19, 2021 I was the duly appointed and acting Assistant Secretary of Golden State Enterprises, Inc., a corporation created and existing under the laws of the State of Delaware, U.S.A. (the "Corporation"), and further certify that to the following:

1. Golden State Foods Corp. ("GSF"), a Delaware corporation, was a wholly owned subsidiary of the Corporation;

2. Quality Custom Distribution Services, Inc. ("QCD"), a Delaware corporation, was a wholly owned subsidiary of GSF; and

3. On December 2, 2024, GSF filed a Certificate of Conversion from a Corporation to a Limited Liability Company and a Certificate of Formation of Golden State Foods LLC ("GSF LLC"), and QCD filed a Certificate of Conversion from a Corporation to a Limited Liability Company and a Certificate of Formation of Quality Custom Distribution Services LLC, a wholly owned subsidiary of GSF LLC in the State of Delaware.

**IN WITNESS WHEREOF**, I have hereunto set my hand this Thirteenth day of February 2025.

Shirley Schaal
Assistant Secretary of the Corporation