No. 24-1648

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

QUALITY CUSTOM DISTRIBUTION,
Petitioner-Appellant,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 710,
Respondent-Appellee.
_____

Appeal from the United States District Court
For the Northern District of Illinois, Eastern Division
Case No. 21-cv-01534
Honorable Nancy L. Maldonado Presiding
Subsequently reassigned Honorable Elaine E. Bucklo
_____

**ADDITIONAL SUPPLEMENTAL MEMORANDUM OF
PETITIONER-APPELLANT
QUALITY CUSTOM DISTRIBUTION**
_____

Matthew Schiff
RAINES FELDMAN LITTRELL LLP
30 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312-704-2171
mschiff@raineslaw.com

Gregory D. Wolflick
WOLFLICK, KHACHATURIAN &
BOUAYAD, APC
130 North Brand Boulevard, Suite 410
Glendale, CA 91203
818-243-8300
greg@wolfsim.com

*Attorneys for Petitioner-Appellant
Quality Custom Distribution*

Appellant Quality Custom Distribution submits this Additional Supplemental Memorandum as ordered by the Court on March 3, 2025.

The Court's Order stated: "The court directs counsel for Quality Custom Distribution Services LLC to file, by March 10, 2025, an additional supplemental memorandum. This memorandum must specify the date on which Quality Custom Distribution Services was incorporated (that is, was no longer a division of Golden State), the date of any change in its corporate status, and the date on which it became a limited liability company."

Appellant Quality Custom Distribution states that it was originally incorporated as a Delaware corporation on July 11, 2005, as "Quality Custom Distribution, Inc." On December 2, 2024, it became a Delaware limited liability company named "Quality Custom Distribution Services LLC."

True and correct copies of the original Delaware Certificate of Incorporation, Certificate of Formation, and Certificate of Conversion are attached hereto and incorporated herein.

Respectfully submitted,

/s/ Matthew Schiff

| | |
|---|---|
| Matthew Schiff | Gregory D. Wolflick |
| RAINES FELDMAN LITTRELL LLP | WOLFLICK, KHACHATURIAN & BOUAYAD, APC |
| 30 N. LaSalle Street, Suite 3100 | 130 North Brand Boulevard, Suite 410 |
| Chicago, IL 60602 | Glendale, California 91203 |
| Tel: 312-704-2171 | Tel:    818-243-8300 |
| mschiff@raineslaw.com | Email: greg@wolfsim.com |

# CERTIFICATE OF COMPLIANCE WITH
## F.R.A.P. 32(A)(7), F.R.A.P. 32(g), C.R. 32(c)

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B), as modified by Circuit Rule 32(c).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) as modified by Circuit Rule 32(b) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in a 12-point Century Schoolbook font (11-point footnotes).

Dated: March 5, 2025                    /s/ Matthew Schiff

*Attorney for Petitioner-Appellant*
*Quality Custom Distribution*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the NextGen CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the NextGen CM/ECF system.

/s/ Matthew Schiff

*Attorney for Petitioner-Appellant*
*Quality Custom Distribution*

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "QUALITY CUSTOM DISTRIBUTION SERVICES, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF JULY, A.D. 2005.



3998203  8300

050573067

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4012903

DATE: 07-12-05

FROM CORPORATION TRUST 302-655-2480        (TUE) 7.12'05 18:29/ST. 18:24/NO. 4862069086 P 4

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:21 PM 07/11/2005
FILED 06:15 PM 07/11/2005
SRV 050573067 - 3998203 FILE

Certificate of Incorporation

of

Quality Custom Distribution Services, Inc.

<u>First</u>: The name of the corporation is Quality Custom Distribution Services, Inc.

<u>Second</u>: The address of the registered office of the corporation in the State of Delaware is Corporation Trust Center, 1209 Orange Street, City of Wilmington, County of New Castle, Delaware 19801. The name of the registered agent of the corporation at such address is The Corporation Trust Company.

<u>Third</u>: The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

<u>Fourth</u>: The total number of shares of stock which the corporation is authorized to issue is 3,000 shares of common stock with a par value of $.01 per share.

<u>Fifth</u>: The business and affairs of the corporation shall be managed by the board of directors, and the directors need not be elected by ballot unless required by the by-laws of the corporation.

<u>Sixth</u>: In furtherance and not in limitation of the powers conferred by the laws of the State of Delaware, the board of directors is expressly authorized to adopt, amend or repeal the by-laws.

<u>Seventh</u>: The corporation reserves the right to amend and repeal any provision contained in this certificate of incorporation in the manner prescribed by the laws of the State of Delaware. All rights herein conferred are granted subject to this reservation.

<u>Eighth</u>: The incorporator is William B. Mandel, whose mailing address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4164.

<u>Ninth</u>: A. <u>Limitation of Liability of Directors</u>: A Director of the corporation shall not be personally liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a Director; provided, however, that the foregoing shall not eliminate or limit the liability of a Director (i) for any breach of the Director's duty of loyalty to the corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the General Corporation Law of the State of Delaware, or (iv) for any transaction from which the Director derived an improper personal benefit. If the General Corporation Law of the State of Delaware is hereafter amended to permit further elimination or limitation of the personal liability of Directors, then the liability of a Director of the corporation shall be eliminated or limited to the fullest extent permitted by the General Corporation Law of Delaware as so amended. Any repeal or modification of this Article Ninth by the stockholders of the corporation or otherwise shall not

CC553943.1

adversely affect any right of protection of a Director of the corporation existing at the time of such repeal or modification.

B. Indemnification. 1. The corporation shall indemnify any Person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative (other than an action by or in the right of the corporation) by reason of the fact that he or she is or was a Director, officer, employee or agent of the corporation, or is or was serving at the request of the corporation as a Director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise, against expenses (including attorneys' fees), judgment, fines and amounts paid in settlement actually and reasonably incurred by him or her in connection with such action, suit or proceeding if he or she acted in good faith and in manner he or she reasonably believed to be in or not opposed to the best interests of the corporation, and, with respect to any criminal action or proceeding, had no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit or proceeding by judgment, order, settlement, conviction, or upon a plea of nolo contendere or its equivalent, shall not, of itself, create a presumption that the Person did not act in good faith and in a manner which he or she reasonably believed to be in or not opposed to the best interests of the corporation, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was unlawful.

2. Derivative Actions. The corporation shall indemnify any Person who was or is a party to or is threatened to be made a party to any threatened, pending or completed action or suit by or in the right of the corporation to procure a judgment in its favor by reason of the fact that he or she is or was a Director, officer, employee or agent of the corporation, or is or was serving at the request of the corporation as a Director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise against expenses (including attorneys' fees) actually and reasonably incurred by him or her in connection with the defense or settlement of such action or suit if he or she acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interests of the corporation, provided that no indemnification shall be made in respect of any claim, issue or manner as to which such Person shall have been adjudged to be liable to the corporation unless and only to the extent that the Court of Chancery of the State of Delaware or the court in which such action or suit was brought shall determine upon application that, despite the adjudication of liability but in view of all the circumstances of the case, such Person is fairly and reasonably entitled to indemnity for such expenses which the Court of Chancery or such other court shall deem proper.

3. Indemnification of Certain Cases. To the extent that a Director, officer, employee or agent of the corporation has been successful on the merits or otherwise in defense of any action, suit or proceeding referred to in this Article Ninth, or in defense of any claim, issue or manner therein, he or she shall be indemnified against expenses (including attorneys' fees) actually and reasonably incurred by him or her in connection therewith.

4. Procedure. Any indemnification under this Article Ninth (unless ordered by the court) shall be made by the corporation only as authorized in the specific case upon a determination that indemnification of the Director, officer, employee or agent is proper in

the circumstances because he or she has met the applicable standard of conduct, set forth in this Article Ninth. Such determination shall be made (a) by a unanimous vote of the Directors who were not parties to such action, suit or proceeding, or (b) if such a quorum is not obtainable, or, even if obtainable a quorum of disinterested Directors so directs, by independent legal counsel in a written opinion, or (c) by the stockholders.

5. **Advances for Expenses.** Expenses incurred in defending a civil or criminal action, suit or proceeding shall be paid by the corporation in advance of the final disposition of such action, suit or proceeding upon receipt of an undertaking by or on behalf of the Director, officer, employee or agent to repay such amount if it shall be ultimately determined that he or she is not entitled to be indemnified by the corporation as authorized in this Article Ninth.

6. **Rights Not-Exclusive.** The indemnification and advancement of expenses provided by, or granted pursuant to, the other subsections of this Article Ninth shall not be deemed exclusive of any other rights to which those seeking indemnification or advancement of expenses may be entitled under any law, bylaw, agreement, vote of stockholders or disinterested Directors or otherwise, both as to action in his or her official capacity and as to action in another capacity while holding such office.

7. **Insurance.** The corporation shall have power to purchase and maintain insurance on behalf of any Person who is or was a Director, officer, employee or agent of the corporation, or is or was serving at the request of the corporation as a Director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise against any liability asserted against him or her and incurred by him or her in any such capacity, or arising out of his or her status as such, whether or not the corporation would have the power to indemnify him or her against such liability under the provisions of this Article Ninth.

8. **Definition of Corporation.** For the purposes of this Article Ninth, references to "the corporation" include all constituent corporations absorbed in a consolidation or merger as well as the resulting or surviving corporation so that any Person who is or was a Director, officer, employee or agent of such constituent corporation or is or was serving at the request of such constituent corporation as a Director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise shall stand in the same position under the provisions of this Article Ninth with respect to the resulting or surviving corporation as he or she would if he or she had served the resulting or surviving corporation in the same capacity.

9. **Survival of Rights.** The indemnification and advancement of expenses provided by, or granted pursuant to this Article Ninth shall continue as to a Person who has ceased to be a Director, officer, employee or agent and shall inure to the benefit of the heirs, executors and administrators of such a Person.]

Any repeal or modification of the foregoing paragraphs by the stockholders of the corporation shall not adversely affect any right or protection of a director of the corporation existing at the time of such repeal or modification.

I, the undersigned, being the incorporator, for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this certificate of incorporation, do certify that the facts herein stated are true, and, accordingly, have hereto set my hand and seal this 11th day of July 2005.

/s/ William B. Mandel
William B. Mandel, Incorporator

# Delaware

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "QUALITY CUSTOM DISTRIBUTION SERVICES, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "QUALITY CUSTOM DISTRIBUTION SERVICES, INC." TO "QUALITY CUSTOM DISTRIBUTION SERVICES LLC", FILED IN THIS OFFICE ON THE SECOND DAY OF DECEMBER, A.D. 2024, AT 5:17 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

3998203  8100V
SR# 20244361256

Authentication: 205007480
Date: 12-02-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:17 PM 12/02/2024
FILED 05:17 PM 12/02/2024
SR 20244361256 - File Number 3998203

# CERTIFICATE OF CONVERSION
# FROM A CORPORATION
# TO A LIMITED LIABILITY COMPANY
# PURSUANT TO SECTION 18-214
# OF THE DELAWARE LIMITED LIABILITY COMPANY ACT

1. The name of the corporation immediately prior to filing this Certificate is Quality Custom Distribution Services, Inc. (the "Corporation").

2. The jurisdiction of the Corporation immediately prior to filing this Certificate is Delaware.

3. The date on which the Corporation was incorporated is July 11, 2005.

4. The name of the limited liability company as set forth in the Certificate of Formation is Quality Custom Distribution Services LLC.

IN WITNESS WHEREOF, the undersigned has executed this Certificate on the 2nd day of December, 2024.

By: /s/ John Page
Name: John Page
Title: Executive Vice President and Chief Administrative Officer

# Delaware

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "QUALITY CUSTOM DISTRIBUTION SERVICES LLC" FILED IN THIS OFFICE ON THE SECOND DAY OF DECEMBER, A.D. 2024, AT 5:17 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

3998203  8100V  
SR# 20244361256  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 205007480  
Date: 12-02-24

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:17 PM 12/02/2024
FILED 05:17 PM 12/02/2024
SR 20244361256 - File Number 3998203

# CERTIFICATE OF FORMATION

# OF

# QUALITY CUSTOM DISTRIBUTION SERVICES LLC

This Certificate of Formation of Quality Custom Distribution Services LLC (the "Company") is being executed by the undersigned for the purpose of forming a limited liability company in accordance with the Limited Liability Company Act of the State of Delaware.

1. The name of the limited liability company is Quality Custom Distribution Services LLC.

2. The address of the registered office of the Company in Delaware is 251 Little Falls Drive, in the city of Wilmington, zip code 19808, and county of New Castle. The Company's registered agent at that address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned, an authorized person of the Company, has caused this Certificate of Formation to be duly executed as of the 2nd day of December, 2024.

By: /s/ John Page
Name: John Page
Title: Executive Vice President and Chief Administrative Officer